**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AARON AKEY, BRIAN ALLEN,
JARED BARNETT, BRIAN BAY,
MICHAEL BERNADI, JAMES BORTOLI,
JOSEPH CAMPBELL, ANDRES CAMPOS,
JAMES CHIAPPETTA, MICHAEL CONNELL,
ANDREW DAVIS, MICHAEL DEJEWSKI,
ZORIN DOBSON, DAVID DONDLINGER,
BRENDAN DONOVAN, DANIEL DURBIN,
DENNIS EDWARDS, JOSHUA ERICKS, NERY
FAJARDO, NATHANIEL FALKENSTEIN,
DEREK FERGUSON, GUY GALSTER,
JOHN GIBNEY, JOSEPH GILMARTIN,
MICHAEL GIRKA, KENNETH GRAY, JR.,
STEVEN GULIK, JR., ZACHARY HALL,
LEELAND HARE, DAVID HATZ,
ARTHUR HOLTZ, SEAN JENSEN,
ANDREW JOHNSON, CHRISTOPHER
KALUZNY, BRIAN KIM, AARON KUZAVA,
LARRY LACOURSIERE, ANDREW LAMM,
BRUCE LAMPE, NICHOLAS LIBBY,
REBECCA MARTIN, CARL MCINTYRE,
JOSHUA MCKEAN, SEAN MCKIBBEN, JOHN
MCSORLEY, MICHELLE MEDROW-KIELSKI,
ALAN MEEKMA, ROBERT MEYER, MIKE
MULKA, DAVID MULLINS, SCOTT NAGEL,
MICHAEL NICOLL, SANTOS NODAL,
SHIRLEE NOVAK, PHILIP PALUTSIS, JUSTIN
PAUL, JIMMY PIGG, ANDREW PISHA,
DANIEL POTOCHNIC, ANGELO POWELL,
CHARLES READER, WILLIAM RIGGS,
RONALD SIELING, GARY SKROGSTAD,
JASON SKRZYPIEC, MICHAEL SNIDER,
DENNIS SPECHA, MICHAEL STEVENS,
JOSEPH TRUCANO, BLAIR VAKILI, SCOTT
VAN HAM, RONALD VANDERHYDEN, JR.,
DAVID VOLDEN, CARLA WILDS, PAUL
ZIMMERMAN, JOHN ZURA,

Case No. 14-cv-01179

Hon. Samuel Der-Yeghiayan
Magistrate Judge Michael T. Mason

On Behalf of Themselves And
All Others Similarly Situated,
                      Plaintiffs,

v.

EXELON GENERATION COMPANY, LLC
                      Defendant.

1

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Aaron Akey, et. al. and Defendant Exelon Generation Company, LLC ("Exelon") (collectively, "the Parties"), by and through their attorneys, respectfully move this Court for Final Approval of Class Action Settlement. In support of their Motion, the Parties state as follows:

1. On February 18, 2014, the Named Plaintiffs brought this action alleging claims for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, as a collective action and for violations of the Illinois Minimum Wage Law ("IMWL"), 820 ILCS § 105, *et seq.*, and Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS §115/1 *et. seq.*, as a class action on behalf of themselves and all current and former Equipment Operators, Nuclear ("EOs") and Nuclear Station Operators ("NSOs") who are or have been employed by Exelon out of the Braidwood, Byron, Dresden, LaSalle and Quad Cities facilities at any time since February 18, 2011. (Dkt. 1.)

2. On February 27, 2015, after extensive settlement discussions, including an initial settlement conference with Magistrate Judge Susan Cox, the review of written and electronic documents and a meeting with Defendant's expert, the parties reached a preliminary settlement in a second settlement conference presided over by Magistrate Judge Susan Cox. During the next two months, the parties reached a finalized Settlement Agreement.

3. On May 26, 2015, the parties presented the Court with a joint motion for preliminary approval of class action settlement and included the Settlement Agreement.

4. On July 30, 2015, the Court conditionally certified the proposed class and collective for settlement purposes only, preliminarily approved the parties' settlement, subject to

final approval of the Rule 23 settlement, and authorized notice of the settlement be sent to all Settlement Class Members. (Dkt. 38-39.)

5. On September 3, 2015, notice was mailed to 605 Settlement Class Members pursuant to the Court's order. The notice fully informed Settlement Class Members of the settlement, including the approximate amount the member will receive under the terms of the settlement, the options available and the benefits and consequences of each option, and the request for attorneys' fees and costs. Only fourteen Settlement Class Members opted out of the settlement pursuant to the terms of the Notice. There are no objections that counsel for the parties are aware of at this time. There were no disputed, late or defective claims submitted.

6. The Parties now ask this Court to grant final approval of the settlement so that the settlement proceeds may be distributed to the Settling Class Members in accordance with the Settlement Agreement.

WHEREFORE, for the reasons set forth above and the reasons discussed more fully in the Parties' Memorandum In Support Of Joint Motion For Final Approval Of Class Action Settlement filed concurrently herewith, the Parties respectfully request that the Court grant final approval to the proposed Settlement; enter the Final Approval Order; and enter judgment under Rule 23(e).

Dated: October 20, 2015                     Respectfully Submitted,

/s/ *Jason Guisinger*_____
Jason Guisinger
James W. Fessler
Klein, Thorpe & Jenkins, Ltd.
20 N. Wacker Drive, Ste. 1660
Chicago, IL 60606
Tel: (312) 984-6462
Fax: (312) 984-6444
jaguisinger@ktjlaw.com
jfessler@ktjlaw.com

*Counsel for Plaintiffs*

/s/ *Rita Srivastava*
Sari. M. Alamuddin
Rita Srivastava
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001
salamuddin@morganlewis.com
rsrivastava@morganlewis.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2015, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record.

                                          RESPECTFULLY SUBMITTED,

                                          /s/ Rita Srivastava
                                          One of Defendant's Attorneys